IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-09-1317 |
| | § | |
| VICTOR ESTEBAN REYES-OLMOS | § | |

**ORDER**

BE IT REMEMBERED on this 17th day of February, 2010, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed November 12, 2009, wherein the defendant Victor Esteban Reyes Olmos waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Victor Esteban Reyes Olmos to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Victor Esteban Reyes Olmos guilty of knowingly and in reckless disregard, did transport and move, and attempt to transport and move an alien within the United States, from near Brownsville, Texas to near Brownsville, Texas, on foot, in furtherance of such violation of law and for private financial gain, in violation of 8 U.S.C. 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(ll) , and 1324(a)(1)(B)(i) .

Signed this 17th day of February, 2010.

_____
Andrew S. Hanen
United States District Judge